1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF WASHINGTON

8
    LESLIE CAMPBELL,            )          No.  CV-04-0271-MWL
9                               )
                                )          ORDER GRANTING JOINT MOTION
10           Plaintiff,         )          FOR A STIPULATED ORDER OF
                                )          REMAND
11       vs.                    )
                                )
12   JO ANNE B. BARNHART,       )
     Commissioner of Social     )
13   Security,                  )
                                )
14           Defendant.         )
     _____)

15

16       The parties have jointly moved the Court for an Order

17   remanding the case for further proceedings. Based on the

18   stipulation of the parties and review of the file, it is **ORDERED**

19   that the Commissioner's decision with respect to plaintiff's

20   application for Supplemental Security Income disability benefits

21   under Title XVI of the Social Security Act is **REVERSED and**

22   **REMANDED** to the Commissioner of Social Security for further

23   administrative proceedings pursuant to sentence four of 42 U.S.C.

24   § 405(g).

25       On remand, an administrative law judge (ALJ) will consider

26   and address the November 16, 2003, opinion provided by consulting

27   psychologist, John B. Severinghaus, Ph.D. (Tr. 32-42).  In so

28   doing, the ALJ will further assess the claimant's mental

1  capabilities, including any effects on her residual functional

2  capacity, and will obtain supplemental vocational expert testimony

3  as necessary.  The ALJ will take any further action necessary to

4  render a new decision in this matter.

5        Any application for fees shall be made by separate motion.

6        Judgment shall be entered for the plaintiff and the file

7  **CLOSED.**

8              DATED this 17th day of August, 2005.

9

10                              s/ Michael W. Leavitt

11                              MICHAEL W. LEAVITT

12                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28